

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER**

Case number:          01-12-01103-CR

Style:                *In re Alexander M. Rivera, Relator*

Original Proceeding on Petition for Writ of Mandamus from *The State of Texas v. Alexander Mercado Rivera*, No. 1020847; from the 263rd District Court of Brazoria County, Texas, the Hon. Jim Wallace, presiding.

On December 10, 2012, relator, Alexander M. Rivera, filed a petition for writ of mandamus.

The Court further requests a response from real party in interest, the State of Texas.    The response, if any, is due by **December 31, 2012.**

It is so ORDERED.

Judge's signature:    /s/ Jane Bland
                      Acting individually

Date:    December 10, 2012